# 807060 CASE DOCKET BOOK

P1 MORRISON , FRANKIE
D1 CLK MULTI FAMILY MANAGEMENT LLC
D2 COOLIDGE-CLK ST GERMAINE LLC
D3 DOE , JOHN
D4 DOE , JANE
D5 XYZ INSURANCE COMPANY

| DATE | LIT | DESCRIPTION |
|---|---|---|
| 06/04/2020 | P1 | **FILE PETITION**:DAMAGES |
| 06/04/2020 | P1 | **CIVIL CASE COVER SHEET - LA RS 13:4688**: |
| 07/08/2020 | P1 | **ISSUE CITATION** :PETITION FOR DAMAGES |
| 07/30/2020 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**200708-4708-0 **TO:**CLK MULTI FAMILY MANAGEMENT LLC **SERVICE:**PERSONAL 07/20/2020-CT CORPORATION |

EXHIBIT 1

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 807-060                                      DIVISION "N"

### FRANKIE MORRISON

### VS.

### CLK MULTI FAMILY MANAGEMENT, LLC, COOLIDGE-CLK ST. GERMAINE, LLC, JOHN/JANE DOE AND XYZ INSURANCE COMPANY

FILED:_____           _____
                                   DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel comes Petitioner, **FRANKIE MORRISON** (hereinafter sometimes referred to as **"PETITIONER"**), a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana who respectfully represents:

1.

Made Defendants herein are:

A.) **CLK MULTI FAMILY MANAGEMENT, LLC,** a foreign limited liability company licensed to do and doing business in the State of Louisiana and who owns **COOLIDGE- CLK ST. GERMAINE, LLC,** a limited liability Company whose principal business establishment is located in the city of Harvey, Parish of Jefferson, State of Louisiana and subject to venue in Jefferson Parish, Louisiana pursuant to La. C.C.P. art. 74; and

B.) **COOLIDGE-CLK ST. GERMAINE,** a domestic apartment complex with its established principal place of business located at 2201 Manhattan Boulevard, Harvey, Louisiana 70058, in the city of Harvey, Parish of Jefferson, State of Louisiana, and subject to venue in Jefferson Parish, Louisiana, pursuant to La. C.C.P. art. 74;

C.) **JOHN/JANE DOE,** (On Site Property Manager) a person of the full age of majority, domiciled in the State of Louisiana, functioning as an employee of defendant **CLK**

24th E-Filed: 06/04/2020 07:51:47 Case: 807060 Div:N Atty:028176 KURT A OFFNER

**MULTI FAMILY MANAGEMENT, LLC and COOLIDGE-CLK ST. GERMAINE, LLC,** an apartment complex located in the City of Harvey, Parish of Jefferson and doing business in the State of Louisiana and performing duties under defendant's rules and regulations, which defendant's established apartment complex office is located at 2201 Manhattan Boulevard, Harvey, Louisiana 70058, in the Parish of Jefferson, State of Louisiana and subject to venue in Jefferson Parish, Louisiana, pursuant to La C.C.P. art 74; and

D.) **XYZ INSURNACE COMPANY,** upon information and belief, is a domestic or foreign insurance company, authorized to do, and doing business in the State of Louisiana, who at all times relevant hereto had in full force and effect a policy of liability insurance covering Defendants, **CLK MULTI FAMILY MANAGEMENT, LLC, COOLIDGE-CLK ST. GERMAINE, LLC** and **JOHN/JANE DOE (On Site Property Manager).**

2.

Venue is proper in this Parish pursuant to *Louisiana Code of Civil Procedure Article 74* because the wrongful conduct occurred in and the damages were sustained in the Parish of Jefferson Parish.

3.

Defendants are jointly and in solido liable and indebted unto Petitioner for such damages as are reasonable in the premeses, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, loss of enjoyment of life, medical expenses, loss of earnings, benefits, and future loss of earning capacity, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings for the following reasons, to wit:

4.

On or about, July 16, 2019, Petitioner, FRANKIE MORRISON, was standing on the balcony of his **COOLIDGE-CLK ST. GERMAINE, LLC** apartment located at 2201 Manhattan

24th E-Filed: 06/04/2020 07:51:47 Case: 807060 Div:N Atty:028176 KURT A OFFNER

Boulevard, Apartment R327, owned by **MLK MULTI FAMILY MANAGEMENT, LLC** which is an area within this jurisdiction of this Court.

5.

**FRANKIE MORRISON** was standing on his balcony, when suddenly and without warning a portion of the balcony ceiling dislodged, striking the Petitioner, causing personal and bodily injuries.

6.

Petitioner avers and shows that his actions or inactions in no way caused or contributed to the incident mentioned herein.

7.

Petitioner shows that the accident and the resulting injuries were caused solely by the negligence, fault, want of care on the part of the Defendant **CLK MULTI FAMILY MANAGEMENT, LLC dba COOLIDGE-CLK ST. GERMAINE, LLC** their agents and/or assigns in the following non-exclusive enumerated acts and omissions:

(a) Failure to properly maintain the premises;

(b) Failure to adequately inspect and/or repair the ceiling;

(c) Placing **FRANKIE MORRISON** in a perilous situation by lack of inspection, repair, and/or maintenance;

(d) Creation of a known risk of harm;

(e) Failure to exercise reasonable care to prevent the unreasonably dangerous condition which caused the petitioner's injuries;

(f) Failure to properly inspect the premises;

(g) Failure to discover an unreasonably dangerous condition;

(h) Failure to correct the dangerous condition or warn of its existence;

(i) Failure to mitigate an unreasonably dangerous condition;

(j) Failure to warn of the potential dangers;

(k) Failure to provide a safe environment for **FRANKIE MORRISON**; and

(l) For any and all other want of care, dereliction of duty, acts of negligence as may be determined, including but limited to Louisiana *Code of Civil Procedure Article 2315, et seq.* most notably *Civil Code Articles 2315, 2316, 2317, and 2320.*

7.

As a further result of the herein above described incident and the negligence of the Defendants, Petitioner **FRANKIE MORRISON** suffered personal and bodily injuries and asserts to the Court that the damages does not exceed this Court's jurisdiction, but which need to be determined by this Court at the time including, and as a result is entitled to recover damages, including but not limited to:

1. Physical pain and suffering, past, present and future;
2. Mental anguish, past, present and future;
3. Loss of enjoyment of life;
4. Medical expenses, past, present, and future;
5. Lost wages past, present, and future;
6. Loss of earning capacity; and
7. Other injuries and general and special damages as may be proven at the trial of this matter.

8.

That all material times there was in full force and effect a policy of liability insurance issued by Defendant, **XYZ INSURANCE COMPANY**, which by the terms and conditions of said policy, contractually agreed to afford liability insurance coverage for injuries sustained by the and therefore **XYZ INSURANCE COMPANY** is made a party Defendant, and is liable for whatever amount **CLK MULTI FAMILY MANAGEMENT, LLC, COOLIDGE-CLK ST. GERMAINE, LLC, JOHN/JANE DOE AND XYZ INSURANCE COMPANY** may be cast in judgment.

24th E-Filed: 06/04/2020 07:51:47 Case: 807060 Div:N Atty:028176 KURT A OFFNER

WHEREFORE, Petitioner, **FRANKIE MORRISON**, prays that the Defendants **CLK MULTI FAMILY MANAGEMENT, LLC, COOLIDGE-CLK ST. GERMAINE, LLC, JOHN/JANE DOE AND XYZ INSURANCE COMPANY** be served with a copy of this petition and cited to appear and answer same, and that after due proceedings are had, there be judgment in favor of Petitioner, and against the Defendants, **CLK MULTI FAMILY MANAGEMENT, LLC, COOLIDGE-CLK ST. GERMAINE, LLC, JOHN/JANE DOE AND XYZ INSURANCE COMPANY** jointly, severally, and *in solido,* for damages as are reasonable in the premises with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, attorney fees and all general and equitable relief deemed proper by this Honorable Court.

Respectfully submitted by:
*Law Office of Alvendia, Kelly & Demarest, LLC*
/s/Kurt A. Offner
_____
Respectfully Submitted:
**KURT A. OFFNER, 28176**
**ALVENDIA, KELLY & DEMAREST, LLC**
**RODERICK "RICO" ALVENDIA, 25554**
**J. BART KELLY, III, 24488**
**JEANNE K. DEMAREST, 230232**
**JOHN ZAZULAK, II, 38452**
**JENNIFER KUECHMANN, 36886**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone (504) 200-0000
Facsimile: (504) 200-0001

\*\*\*\*\*\*AND\*\*\*\*\*\*

**CRAIG LEYDECKER,25769**
**ELLEN BAGGETT,37022**
401 Whitney Ave Ste 406
Gretna, LA 70056
*ATTORNEYS FOR PLAINTIFF*

**PLEASE SEE NEXT PAGE FOR SERVICE INFORMATION**

**PLEASE SERVE**

XYZ INSURANCE COMPANY
(HOLD SERVICE)

JOHN/JANE DOE
(HOLD SERVICE)

CLK MULTI FAMILY MANAGEMENT, LLC
Through their agent for process service
NATIONAL REGISTERED AGENTS, INC.
3867 PLAZA TOWER DRIVE
Baton Rouge, Louisiana 70816

EBRS CV#027338
$38.94

# Shelley M. Mauterer

**From:** Kaylee Flicker <kaylee@akdlalaw.com>
**Sent:** Thursday, June 4, 2020 9:25 AM
**To:** Shelley M. Mauterer; Kurt A. Offner
**Subject:** RE: EFile Case: 807060

Received,

**Thank You,**

**Kaylee Flicker**
Paralegal to Kurt Offner

**Alvendia, Kelly & Demarest**



909 Poydras St. Ste. 1625
New Orleans, LA. 70112
P:504-200-0000
F:504-200-0001
https://www.akdlawyers.com/

---

**From:** Shelley M. Mauterer <SMauterer@jpclerkofcourt.us>
**Sent:** Thursday, June 4, 2020 9:23 AM
**To:** Kaylee Flicker <kaylee@akdlalaw.com>; Kurt A. Offner <kurt@akdlalaw.com>
**Subject:** EFile Case: 807060

Please contact the civil filing department regarding the document: Frankie Morrison 24th JDC Petition for Damages.pdf e-filed on 6/4/2020 7:51:47 AM.

THE FOLLOWING SERVICE CHECK IS NEEDED FOR THE PETITION FOR DAMAGES EFILED ON 6-4-20 CASE 807-060  DIVISION N

$38.96 PAYABLE TO EAST BATON ROUGE SHERIFF

PLEASE CONFIRM RECEIPT OF THIS EMAIL TO AVOID A COURTESY CALL

THANK YOU,

**Shelley M. Mauterer**
*Deputy Clerk of Court*
*24th JDC Civil New Suits*

1

Alvendia, Kelly, Demarest, LLC
909 Poydras Street
Suite 1625
New Orleans, LA 70112

NEW ORLEANS LA 700
02 JUL 2020 PM 1 L
FOREVER / USA

24th JDC
200 Derbigny St
Ste 2400
Gretna, La 70053

70053-587500



Rec'd
PTEF FOR RECORD 07/07/2020 10:46:25
Bridget M. Cabogine, DY CLERK
JEFFERSON PARISH, LA

EBR ck# 027338
$38.96

807-060

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

FRANKIE MORRISON vs. CLK MULTI FAMILY MANAGEMENT LLC

Court: 24th Judicial District          Docket Number: 807060

Parish of Filing: Jefferson            Filing Date: 06/04/2020

Name of Lead Petitioner's Attorney: KURT A OFFNER

Name of Self-Represented Litigant: _____

Number of named petitioners: 1         Number of named defendants: 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Property Damage
- ☐ Auto: Wrongful Death
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Property Damage
- ☐ Asbestos: Personal Injury/Death
- ☐ Product Liability
- ☑ Premise Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Property Damage
- ☐ Intentional Wrongful Death
- ☐ Unfair Business Practice
- ☐ Business Tort
- ☐ Fraud
- ☐ Defamation
- ☐ Professional Negligence
- ☐ Environmental Tort
- ☐ Medical Malpractice
- ☐ Intellectual Property
- ☐ Toxic Tort
- ☐ Legal Malpractice
- ☐ Other Tort (describe below)
- ☐ Other Professional Malpractice
- ☐ Redhibition
- ☐ Maritime
- ☐ Class action (nature of case)
- ☐ Wrongful Death
- ☑ General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Melissa Franklin          Signature: /s/ KURT A OFFNER

Address: 909 Poydras St., Ste. 1625

Phone number: 5042000000       E-mail address: kaylee@akdlalaw.com

 

# [ SERVICE COPY ] / [RETURN COPY]

(101) CITATION: PETITION FOR DAMAGES ;                    200708-4708-0

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

FRANKIE MORRISON
    versus
CLK MULTI FAMILY MANAGEMENT LLC, COOLIDGE-
CLK ST GERMAINE LLC, JOHN DOE, JANE DOE, XYZ
INSURANCE COMPANY

Case: 807-060    Div: "N"
P 1 FRANKIE MORRISON

To: CLK MULTI FAMILY MANAGEMENT LLC
THROUGH THEIR AGENT FOR PROCESS SERVICE
NATIONAL REGISTERED AGENTS INC
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

EBRS CK#027338 $38.96

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney KURT A. OFFNER and was issued by the Clerk of Court on the 8th day of July, 2020.

        /s/ Rachel A. Ponce
        Rachel A. Ponce, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court



_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES ;                    200708-4708-0

Received:_____  Served:_____  Returned:_____

Service was made:
    ___ Personal    ___ Domicilary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant    ___ Received too late to serve
    ___ Moved    ___ No longer works at this address
    ___ No such address    ___ Need apartment / building number
    ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ #_____
                Deputy Sheriff
Parish of: _____

  

**[ SERVICE COPY ] / [RETURN COPY]**  225

(101) CITATION: PETITION FOR DAMAGES ;  200708-4708-0

## 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA


FILED FOR RECORD 07/30/2020 14:28:44
Dianne A. Everage, DY CLERK
JEFFERSON PARISH, LA

FRANKIE MORRISON
  versus
CLK MULTI FAMILY MANAGEMENT LLC, COOLIDGE-CLK ST GERMAINE LLC, JOHN DOE, JANE DOE, XYZ INSURANCE COMPANY

Case: 807-060    Div: "N"
P 1 FRANKIE MORRISON

To: CLK MULTI FAMILY MANAGEMENT LLC
THROUGH THEIR AGENT FOR PROCESS SERVICE
NATIONAL REGISTERED AGENTS INC
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

EBRS CK#027338 $38.96

RECEIVED JUL 16 2020 E.B.R. Sheriff Office

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney KURT A. OFFNER and was issued by the Clerk of Court on the 8th day of July, 2020.

/s/ Rachel A. Ponce
Rachel A. Ponce, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES ;    200708-4708-0

Received:_____ Served:_____ Returned:_____

Service was made:
  ___ Personal            ___ Domiciliary _____

Unable to serve:
  ___ Not at this address   ___ Numerous attempts ___ times
  ___ Vacant                ___ Received too late to serve
  ___ Moved                 ___ No longer works at this address
  ___ No such address       ___ Need apartment / building number
  ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____
Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

I made service on the named party through the
☒ CT Corp
☐ LA Corp & Registered Agent Services
  QAM
by tendering a copy of this document to   JUL 20 2020
☐ Jeannine Beauregard      ☐ Abby Sarmiento
☐ Ashley Minvielle          ☒ Allison Reed
**DEPUTY MIKE TURNER**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1